UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KIVIA C. GREENE,

                      Plaintiff,

v.                                           ORDER

                                           18-cv-06103 (PMH)

DIANE AND SEAN SAMPSON, MATTHEW
ORSINO, JOSE CARRION, NICHOLAS
D'ALESSANDRO, and MARCUS J.
MOLINARO,

                      Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      This matter has recently been reassigned to me.  On April 10, 2019, this matter was stayed pending resolution of the bankruptcy proceeding, Case No. 19-35063 (Bankr. S.D.N.Y), or until the bankruptcy court rules otherwise. The parties are directed to submit a joint letter to the Court via ECF concerning the status of the bankruptcy proceeding by May 1, 2020.

      Counsel for defendants Diane and Sean Sampson is instructed to mail a copy of this Order to the plaintiff.

SO-ORDERED:

Dated: New York, New York
       April 16, 2020

                                                   _____
                                                   Philip M. Halpern
                                                   United States District Judge