UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KIVIA C. GREENE,

                Plaintiff,

v.

                              ORDER

DIANE AND SEAN SAMPSON, MATTHEW
ORSINO, JOSE CARRION, NICHOLAS         18-cv-06103 (PMH)
D'ALESSANDRO, and MARCUS J.
MOLINARO,

                Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

The Court's 6/5/2020 Order permitted plaintiff to serve and file a letter-motion by 7/6/2020 seeking this Court's leave to file a second amended complaint if she was so inclined; and if not, her response in opposition to defendants' pending Rule 2(C) letter-motions seeking leave to move to dismiss the amended complaint was due 7/6/2020 (Doc. 76). Plaintiff neither sought leave to amend her complaint nor filed any response to the pending letter-motions.

Accordingly, defendants Nicholas D'Alessandro, Matthew Orsino, Jose Carrion and Marcus J. Molinaro are permitted to serve and file motions to dismiss as follows: motions due by 8/24/2020; plaintiff's opposition thereto due by 9/21/2020; and defendants' reply, if any, due by 10/5/2020. As defendants Sean and Diane Sampson filed an answer (Doc. 79), the Court deems their Rule 2(C) letter withdrawn (Doc. 75).

The Clerk is instructed to mail copies of this Order to the pro se parties.

SO-ORDERED:

Dated: New York, New York
         July 20, 2020

                                                                      _____
                                                                      Philip M. Halpern
                                                                       United States District Judge